**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

NATALIE WALLA,

       Plaintiff,

v.                                                             Case No:   6:25-cv-1719-LHP

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant

---

**ORDER**

Before the Court is an Unopposed Motion for Entry of Judgment with Remand.   Doc. No. 23.   Defendant moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g), such that "the Administrative Law Judge will be instructed to secure supplemental evidence from a vocational expert, complete the administrative record, and issue a new decision."   *Id.* at 1.   Plaintiff does not object.   *Id.*

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

    1.   The Unopposed Motion for Entry of Judgment with Remand (Doc. No. 23) is **GRANTED**.

2.     The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3.     The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 11, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

- 2 -