**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NATALIE WALLA,

        Plaintiff,

v.                                                                Case No:   6:25-cv-1719-LHP

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant

---

**ORDER**

Before the Court is Plaintiff's Unopposed Petition for Attorney Fees.  Doc. No. 29.   On review, the motion will be **DENIED without prejudice**, as it is once again premature.

As the Court previously explained, "[t]he 30–day EAJA clock begins to run after the time to appeal [the] 'final judgment' has expired."  *See* Doc. No. 28, at 2 (citing *Melkonyan v. Sullivan*, 501 U.S. 89, 96 (1991)).   The Commissioner generally has 60 days in which to appeal.  *See* Fed. R. App. P. 4(a)(1)(B).   Because the judgment was entered on February 12, 2026, Doc. No. 25, Plaintiff may renew the motion within thirty (30) days of the judgment becoming final, *i.e.*, on or after April

14, 2026.   *See* Doc. No. 28.   Until that time, Plaintiff's request remains premature.

*See id.*

      **DONE** and **ORDERED** in Orlando, Florida on March 27, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record